**Superior Court of the District of Columbia**
**Civil Division - Civil Actions Branch**
**500 Indiana Ave NW, Room 5000, Washington DC 20001**

**202-879-1133 | www.dccourts.gov**

**Case Number:** 2025-CAB-007623
**Case Style:** MASSACHUSETTS BAY INSURANCE COMPANY as subrogee of EMBASSY OF ESTONIA v. FORRESTER CONSTRUCTION COMPANY et al.

## INITIAL ORDER

| Initial Hearing Date: | Initial Hearing Time: | Courtroom Location: |
|---|---|---|
| Friday, 02/20/2026 | 9:30 AM | Remote Courtroom 516 |

**Please see attached instructions for remote participation.**

Your case is assigned to Associate Judge Donald Walker Tunnage.

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("Super. Ct. Civ. R.") 40-I, it is hereby ORDERED as follows:

1) This case is assigned to the judge and calendar designated above. All future filings in this case shall bear the calendar number and judge's name along with the case number in the caption.
2) Within 60 days of the filing of the complaint, plaintiff must file proof of service on each defendant of copies of the summons, the complaint, and this Initial Order. The court will dismiss the claims against any defendant for whom such proof of service has not been filed by this deadline, unless the court extended the time for service under Rule 4.
3) Within 21 days of service (unless otherwise provided in Rule 12), each defendant must respond to the complaint by filing an answer or other responsive pleading. The court may enter a default and a default judgment against any defendant who does not meet this deadline, unless the court extended the deadline under Rule 55(a).
4) At the time stated above, all counsel and unrepresented parties shall participate in a hearing to establish a schedule and discuss the possibilities of settlement. Counsel shall discuss with their clients before the hearing whether the clients are agreeable to binding or non-binding arbitration. This order is the only notice that parties and counsel will receive concerning this hearing.
5) If the date or time is inconvenient for any party or counsel, the Civil Actions Branch may continue the Conference once, with the consent of all parties, to either of the two succeeding days when the calendar is called. To reschedule the hearing, a party or lawyer may call the Branch at (202) 879-1133. Any such request must be made at least seven business days before the scheduled date. No other continuance will be granted except upon motion for good cause shown.
6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each judge's Supplement to the General Order and the General Mediation Order. Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

Chief Judge Milton C. Lee, Jr.

**To Join by Computer, Tablet, or Smartphone:**

1) Copy and Paste or Type the link into a web browser and enter the Webex Meeting ID listed below.

   Link: dccourts.webex.com/meet/ctb516

   Meeting ID: 129 776 4396

2) When you are ready, click "Join Meeting".
3) You will be placed in the lobby until the courtroom clerk gives you access to the hearing.

**Or to Join by Phone:**

1) Call 202-860-2110 (local) or 844-992-4726 (toll-free)
2) Enter the Webex Meeting ID listed above followed by "##"

**Resources and Contact Information:**

1) For best practices on how to participate in Webex Meetings, click here https://www.webex.com/learn/best-practices.html.
2) For technical issues or questions, call the Information Technology Division at 202-879-1928 and select option 2.
3) For case questions, call the Civil Actions Branch Clerk's Office at 202-879-1133.
4) To change your method of hearing participation, visit www.dccourts.gov/hearing-information for instructions and forms.

## ACCESSIBILITY AND LANGUAGE ACCESS

**Persons with Disabilities**:

If you have a disability as defined by the American Disabilities Act (ADA) and you require an accommodation, please call 202-879-1700 or email ADACoordinator@dcsc.gov. The D.C. Courts does not provide transportation service.

**Interpreting and Translation Services**:

The D.C. Courts offers free language access services to people having business with the court who are deaf or who are non-English speakers. Parties to a case may request free translations of court orders and other court documents. To ask for an interpreter or translation, please contact the Clerk's Office listed for your case. For more information, visit https://www.dccourts.gov/language-access.

**Servicios de interpretación y traducción:**

Los Tribunales del Distrito de Columbia ofrecen servicios gratuitos de acceso al idioma a las personas sordas o que no hablan inglés que tienen asuntos que atender en el tribunal. Las partes de un caso pueden solicitar traducciones gratuitas de las órdenes judiciales y otros documentos del tribunal. Para solicitar un intérprete o una traducción, póngase en contacto con la Secretaría de su caso.

Para más información, visite https://www.dccourts.gov/language-access.

El acceso al idioma es importante para los Tribunales del Distrito de Columbia. Puede dar su opinión sobre los servicios de idiomas visitando https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

**የቃልና የጽሑፍ ትርጓሜ አገልግሎቶች፡**

የዲ.ሲ ፍርድ ቤቶች መስማት ለተሳናቸውና የእንግሊዝኛ ቋንቋ ተናጋሪ ላልሆኑ በፍርድ ቤቱ ጉዳይ ላላቸው ሰዎች ነጻ የቋንቋ ተደራሽነት አገልግሎቶች ያቀርባል። ተከራካሪ ወገኖች የፍርድ ቤት ትእዛዞችና ሌሎች የፍርድ ቤት ሰነዶች በነጻ እንዲተረጎሙላቸው መጠየቅ ይችላሉ። የቃል ወይም የጽሑፍ ትርጓሜ ለመጠየቅ እባክዎን በመዝገብዎ የተዘረዘረውን የጸሀፊ ቢሮ (ክለርክ'ስ ኦፊስ) ያናግሩ። ለተጨማሪ መረጃ https://www.dccourts.gov/language-access ይጎብኙ።

የቋንቋ ተደራሽነት ለዲ.ሲ. ፍርድ ቤቶች አስፈላጊ ነው። የቋንቋ አገልግሎቶች በተመለከተ አስተያየትዎን https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access በመጎብኘት መስጠት ይችላሉ።

## Is there anything that I should do before the day of the hearing?

- Let the court know immediately if you cannot join a hearing because you do not have a phone or computer.

  Civil Actions Clerk's Office: 202-879-1133

- You may want to contact an attorney for legal help.
- You can also find the list of legal services providers at www.dccourts.gov/services/represent-yourself by clicking on the link that says, "List of Legal Service Providers for Those Seeking an Attorney or Legal Advice".
- Evidence: if you want the judge to review photos or documents, ask the judge how to submit your evidence.
- Witnesses: tell the judge if you want a witness to testify at your hearing.
- Accommodations & Language Access: let the court know if you need an interpreter or other accommodation for your hearing.

# Tips for Attending Remote Hearings - Civil Division

*Your court hearing may be held remotely. This means that you will participate by phone or by video conference instead of coming to the courthouse. Here are some tips on how to prepare.*

## How do I know if I have a remote hearing?

The Court will contact you to tell you that your hearing is remote. They may contact you by sending you an email, letter in the mail, or by calling you.

## How do I take part in a remote hearing?

The Court will give you step-by-step instructions on how to take part in the remote hearing.

If you lose your written notice, call the Civil Actions Clerk's Office for instructions at:

202-879-1133

## Is there anything that I should do before the day of the hearing?

- Let the court know immediately if you cannot join a hearing because you do not have a phone or computer.

  Civil Actions Clerk's Office: 202-879-1133

- You may want to contact an attorney for legal help.
- You can also find the list of legal services providers at www.dccourts.gov/services/represent-yourself by clicking on the link that says, "List of Legal Service

## Tips for the Hearing

- Join the hearing a few minutes early!
- Charge your computer or phone and make sure you have enough minutes to join the call. Find a private and quiet space. If possible, be alone in a room during the hearing. Try to limit distractions as much as possible. If others are in the room with you, ask if they can be quiet during the hearing.
- Mute your microphone when you are not talking. Mute all sounds on your phone or computer.
- Say your name before you speak so the record is clear. Be prepared to identify your role in the hearing (e.g., observer, plaintiff, defendant, witness, etc.).
- Speak slowly and clearly so everyone hears what you are saying.
- Pause before speaking in case there is a lag. Use a headset or headphones if you can. This will free up your hands and sound better.
- Try not to talk over anyone else. Only one person can speak at a time. If you talk while someone else is talking, the judge will not be able to hear you.
- Have all your documents for the hearing in front of you. Have a pen and paper to take notes.
- If you are not ready for your hearing or want to speak with an attorney, you can ask the judge to postpone your hearing for another date.
- If your sound or video freezes during the hearing, use the chat feature or call the Clerk's Office to let them

Advice".

- Evidence: if you want the judge to review photos or documents, ask the judge how to submit your evidence.
- Witnesses: tell the judge if you want a witness to testify at your hearing.
- Accommodations & Language Access: let the court know if you need an interpreter or other accommodation for your hearing.

know that you are having technical issues.

## Special Tips for Video Hearings

**(Click here for more information)**

- Download the court's hearing software, WebEx, in advance and do a test run! The Court will provide you with a WebEx link in advance of the hearing.
- Set up the camera at eye level. If you are using your phone, prop it up so you can look at it without holding it.
- Look at the camera when you speak and avoid moving around on the video.
- Wear what you would normally wear to court.
- Sit in a well-lit room with no bright lights behind you.
- If possible, find a blank wall to sit in front of. Remember the judge will be able to see everything on your screen, so pick a location that is not distracting.

The DC Courts have **remote hearing sites** available in various locations in the community to help persons who may not have computer devices or internet service at home to participate in scheduled remote hearings. The Courts are committed to enhancing access to justice for all.

There are four remote access sites throughout the community which will operate **Monday – Friday, 8:30 am – 4:00 pm.**



**If you want to use a remote site location for your hearing**, call 202-879-1900 or email DCCourtsRemoteSites@dcsc.gov at least 24 hours before your hearing to reserve a remote access computer station.

**If you require special accommodations such as an interpreter for your hearing**, please call 202-879-1900 at least 24 hours in advance of your hearing so the Courts can make arrangements.

***You should bring the following items when you come to your scheduled site location***

1. Your case number and any hyperlinks provided by the Courts for your scheduled hearing.
2. Any documents you need for the hearing (evidence), including exhibits, receipts, photos, contracts, etc.
3. Materials for notetaking, including pen and paper.

*Safety and security measures are in place at the remote sites.

**Contact information to schedule your remote access computer station:**
Call: 202-879-1900
Email: DCCourtsRemoteSites@dcsc.gov

Los Tribunales de DC disponen de **sitios de audiencia remota** en distintos centros de la comunidad para ayudar a que las personas que no tienen dispositivos informáticos o servicio de Internet en su casa puedan participar en audiencias remotas programadas. Los Tribunales honran el compromiso de mejorar el acceso de toda la población a la justicia.

En toda la comunidad hay cuatro sitios de acceso remoto que funcionarán **de Lunes a Viernes, de 8:30 am a 4:00 pm**.



**Si desea usar un sitio remoto para su audiencia**, llame al 202-879-1900 o envíe un mensaje de correo electrónico a DCCourtsRemoteSites@dcsc.gov al menos 24 horas antes de la audiencia, para reservar una estación de computadora de acceso remoto.

**Si necesita adaptaciones especiales**, como un intérprete para la audiencia, llame al 202-879-1900 al menos 24 horas antes de la audiencia para que los Tribunales puedan hacer los arreglos necesarios.

***Cuando concurra al sitio programado debe llevar los siguientes artículos***

1. Su número de caso y todos los hipervínculos que le hayan proporcionado los Tribunales para la audiencia programada.
2. Cualquier documento que necesite para la audiencia (prueba), incluidos documentos probatorios, recibos, fotos, contratos, etc.
3. Materiales para tomar nota, como papel y lápiz.

*Los sitios de acceso remoto cuentan con medidas de seguridad y protección.

**Información de contacto para programar su estación de computadora de acceso remoto:**
Teléfono: 202-879-1900
Correo electrónico: DCCourtsRemoteSites@dcsc.gov

**IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

| | |
|---|---|
| MASSACHUSETTS BAY INSURANCE COMPANY as subrogee of EMBASSY OF ESTONIA<br>440 Lincoln Street<br>Worcester, MA 01653<br><br>Plaintiff,<br>v.<br><br>FORRESTER CONSTRUCTION COMPANY<br>12231 Parklawn Drive<br>Rockville, MD 20852<br><br>and<br><br>SEASONAIR, INC.<br>16001 Industrial Drive, Suite A<br>Gaithersburg, MD 20877<br><br>and<br><br>COMFORT SYSTEMS USA, INC.<br>675 Bering Drive, Suite 400<br>Houston, TX 77057<br><br>and<br><br>DENNIS STUBBS PLUMBING, INC.<br>7702-L Old Alexander Ferry Road<br>Clinton, MD 20735<br><br>Defendants. | **CIVIL ACTION NO.:** 2025-CAB-007623<br><br>**COMPLAINT**<br><br>**JURY DEMAND** |

**COMPLAINT**

Plaintiff, Massachusetts Bay Insurance Company as subrogee of Embassy of Estonia, by and through its attorneys, White and Williams LLP, hereby files this Complaint against Defendants, Forrester Construction Company, Seasonair, Inc., Comfort Systems USA, Inc. and Dennis Stubbs Plumbing, Inc., and alleges as follows:

**PARTIES**

1. Plaintiff, Massachusetts Bay Insurance Company ("MBIC" or "Plaintiff"), is a New Hampshire corporation with a principal place of business located at 440 Lincoln Street, Worcester, MA 01653 and, at all times relevant hereto, was authorized to issue policies of insurance in the District of Columbia.

2. At all times relevant hereto, Plaintiff provided property insurance to the Embassy of Estonia (the "Insured"), covering its business personal property located at 2131 Massachusetts Avenue, NW, Washington, DC 20008 ("Subject Property") pursuant to policy number ZDR D085140 06 (the "Policy").

3. Defendant, Forrester Construction Company ("Forrester") is a Maryland corporation with a principal place of business located at 12231 Parklawn Drive, Rockville, MD 20852.

4. At all times relevant hereto, Forrester was in the business of, *inter alia*, providing general contracting and/or construction management services in the Washington D.C., Maryland and Virginia region.

5. Defendant, Seasonair, Inc. ("Seasonair") is a Maryland corporation with a principal place of business located at 16001 Industrial Drive, Suite A, Gaithersburg, MD 20877.

6. At all times relevant hereto, Seasonair was in the business of, *inter alia*, commercial heating and air conditioning design and installation in the Washington D.C., Maryland and Viriginia region.

7. Defendant, Comfort Systems USA, Inc. ("Comfort") is a Delaware corporation with a principal place of business located at 675 Bering Drive, Suite 400, Houston, TX 77057.

8. At all times relevant hereto, Comfort was in the business of, *inter alia*, commercial heating and air conditioning design and installation and, upon information and belief, was the parent company to Seasonair.

9. Defendant, Dennis Stubbs Plumbing, Inc. ("Stubbs") is a Maryland corporation with a principal place of business located at 7702-L Old Alexander Ferry Road, Clinton, MD 20735.

10. At all times relevant hereto, Stubbs was in the business of, *inter alia*, commercial plumbing design and installation in the Washington D.C., Maryland and Viriginia region.

## JURISDICTION AND VENUE

11. Jurisdiction of this Court is founded on D.C. Code Section 11-921.

12. Venue is proper in this Court because the relevant events took place in the District of Columbia.

## FACTS

13. Prior to December 2020, the Insured and Forrester entered into a contract for Forrester to renovate the Subject Property.

14. Upon information and belief, the construction of the Subject Property commenced in or about December 2020.

15. Upon information and belief, Forrester retained Seasonair and/or Comfort to design and/or install the HVAC system at the Subject Property.

16. Upon information and belief, Forrester retained Stubbs to design and/or install the plumbing and drainage system at the Subject Property.

17. Upon information and belief, the renovations of the Subject Property reached "Substantial Completion" on or about October 2, 2022, and the contractors were completing punch list items to finalize the project thereafter.

18. On November 25, 2022, a significant water loss was discovered at the property.

19. An investigation into the water loss confirmed that the water originated from the separation of piping that was part of the HVAC system.

20. Further investigation determined that the pipe separated due to the way the pipe was run and the materials used by Seasonair and/or Comfort.

21. In addition, there was a drainage pipe installed by Stubbs that pushed up against the HVAC pipe, which could have contributed to the separation.

22. Following the water loss, the Insured submitted an insurance claim to Plaintiff under the Policy.

23. Pursuant to the Policy, Plaintiff made indemnity payments totaling $227,833.26 to the Insured to compensate for the damages the Insured sustained to its business personal property as a result of the aforementioned incident.

24. Plaintiff is now subrogated to the rights and claims of the Insured against the responsible party, to the extent of the payments made.

**COUNT I – NEGLIGENCE**
**Plaintiff v. Forrester Construction Company**

25. Plaintiff incorporates by reference the averments contained in the preceding paragraphs, as if fully set forth at length herein.

26. Forrester owed a duty of care to the Insured to provide general contracting and construction services at the Subject Property with reasonable care and in accordance with the standards recognized and ordinarily employed within the construction services industry.

27. Forrester, by and through its agents, employees, servants, representatives, contractors, subcontractors, subagents and/or workmen, acting in the course and scope of its

employment, breached its duty of care to the Insured through one or more of the following acts and/or omissions:

a) failing to perform its renovation work in a safe and workmanlike manner at the Subject Property;

b) failing to provide adequate direction and supervision of its employees and/or subcontractors to ensure that the work was completed safely and did not subject the Subject Property to an unreasonable risk of damage;

c) failing to take the necessary and proper steps to ensure that the HVAC and plumbing work completed at the Subject Property was done without defects and met minimum local, state and building code requirements;

d) failing to properly advise and/or supervise its subcontractors, agents, employees, servants, representatives, subagents and/or workmen to ensure that the construction, including the HVAC and plumbing work at the Subject Property was performed in a good, safe and workmanlike manner;

e) failing to select and/or retain competent and/or capable subcontractors, agents, employees, servants, representatives, subagents and/or workmen to perform construction services at the Subject Property;

f) failing to properly communicate and/or coordinate the work of its subcontractors, agents, employees, servants, representatives, subagents and/or workmen; and

g) failing to otherwise use reasonable care while renovating the Subject Property.

28. As a direct and proximate result of Forrester's negligence, the water loss occurred, resulting in damages to the Subject Property.

29. Pursuant to the Policy, Plaintiff made indemnity payments totaling $227,833.26 to the Insured to compensate for the damages the Insured sustained as a result of the aforementioned incident.

**WHEREFORE,** Plaintiff Massachusetts Bay Insurance Company as subrogee of Embassy of Estonia hereby demands judgment against Defendant Forrester Construction Company in the amount of $227,833.26, plus costs, disbursements, interest and attorneys' fees as well as such other relief which as to this Court may deem proper.

**COUNT II – BREACH OF CONTRACT**
**Plaintiff v. Forrester Construction Company**

30. Plaintiff incorporates by reference the averments contained in the preceding paragraphs, as if fully set forth at length herein.

31. Pursuant to the contract between Forrester and the Insured, for good and valuable consideration, Forrester agreed to perform general contracting and construction services at the Subject Property.

32. Forrester owed a duty to the Insured to perform its work in a good, professional and workmanlike manner.

33. The Insured performed all of its obligations pursuant to its contract with Forrester, including paying them good and valuable consideration in exchange for their construction services.

34. Forrester, by and through its agents, employees, servants, representatives, contractors, subcontractors, subagents and/or workmen, acting in the course and scope of their employment, breached its contract with the Insured through one or more of the acts and/or omissions described in paragraph 27 above.

35. As a direct and proximate result of Forrester's breaches of contract, a water loss occurred at the Subject Property and the Insured suffered damages and related expenses.

36. Pursuant to the Policy, Plaintiff made indemnity payments totaling $227,833.26 to the Insured to compensate for the damages the Insured sustained as a result of the aforementioned incident.

**WHEREFORE,** Plaintiff Massachusetts Bay Insurance Company as subrogee of Embassy of Estonia hereby demands judgment against Defendant Forrester Construction

Company in the amount of $227,833.26, plus costs, disbursements, interest and attorneys' fees as well as such other relief which as to this Court may deem proper.

**COUNT III – BREACH OF WARRANTIES**
**Plaintiff v. Forrester Construction Company**

37. Plaintiff incorporates by reference the averments contained in the preceding paragraphs, as if fully set forth at length herein.

38. Forrester impliedly warranted that they would exercise due care in providing construction services at the Subject Property (i) in a good and workmanlike manner, (ii) to be performed with ordinary skills, diligence and good judgment, and (iii) in conformity with industry practices and standards, free from defects.

39. The Insured had a right to rely, and in fact did rely, upon the expertise and knowledge of Forrester in the course of performing the construction activities at the Subject Property.

40. Forrester, by and through its agents, employees, servants, representatives, contractors, subcontractors, subagents and/or workmen, acting in the course and scope of their employment, breached its warranties with the Insured through one or more of the acts and/or omissions described in Paragraph 27 above.

41. As a direct and proximate result of Forrester's breach of warranties, a water loss occurred at the Subject Property and the Insured suffered damages and related expenses.

42. Pursuant to the Policy, Plaintiff made indemnity payments totaling $227,833.26 to the Insured to compensate for the damages the Insured sustained as a result of the aforementioned incident.

**WHEREFORE,** Plaintiff Massachusetts Bay Insurance Company as subrogee of Embassy of Estonia hereby demands judgment against Defendant Forrester Construction

Company in the amount of $227,833.26, plus costs, disbursements, interest and attorneys' fees as well as such other relief which as to this Court may deem proper.

**COUNT IV – NEGLIGENCE**
**Plaintiff v. Seasonair, Inc. and Comfort Systems USA, Inc.**

43. Plaintiff incorporates by reference the averments contained in the preceding paragraphs, as if fully set forth at length herein.

44. Seasonair and/or Comfort owed a duty of care to the Insured to provide HVAC design and/or installation services at the Subject Property with reasonable care and in accordance with the standards recognized and ordinarily employed within the HVAC industry.

45. Seasonair and/or Comfort, by and through its agents, employees, servants, representatives, contractors, subcontractors, subagents and/or workmen, acting in the course and scope of its employment, breached its duty of care to the Insured through one or more of the following acts and/or omissions:

a) failing to perform the design and installation of the piping for the HVAC system in a safe and workmanlike manner at the Subject Property;

b) failing to provide adequate direction and supervision of its employees and/or subcontractors to ensure that the work was completed safely and did not subject the Subject Property to an unreasonable risk of damage;

c) failing to take the necessary and proper steps to ensure that the HVAC and plumbing work completed at the Subject Property was done without defects and met minimum local, state and building code requirements;

d) failing to properly advise and/or supervise its subcontractors, agents, employees, servants, representatives, subagents and/or workmen to ensure that the HVAC design and installation at the Subject Property was performed in a good, safe and workmanlike manner;

e) failing to select and/or retain competent and/or capable subcontractors, agents, employees, servants, representatives, subagents and/or workmen to perform HVAC services at the Subject Property;

f) failing to utilize the correct material piping for the installation of the piping for the HVAC system, which caused unnecessary strain on the connections;

g) failing to properly and adequately support the piping and run the piping for the HVAC system so that it did not cause undue stress and strain on the plumbing connections;

h) failing to ensure that other contractors or subcontractors work did not interfere or jeopardize the work installed by Seasonair and/or Comfort at the Subject Property; and

i) failing to otherwise use reasonable care while performing your work at the Subject Property.

46. As a direct and proximate result of Seasonair's and/or Comfort's negligence, the water loss occurred, resulting in damages to the Subject Property.

47. Pursuant to the Policy, Plaintiff made indemnity payments totaling $227,833.26 to the Insured to compensate for the damages the Insured sustained as a result of the aforementioned incident.

**WHEREFORE,** Plaintiff Massachusetts Bay Insurance Company as subrogee of Embassy of Estonia hereby demands judgment against Defendants Seasonair, Inc. and/or Comfort Systems USA, Inc. the amount of $227,833.26, plus costs, disbursements, interest and attorneys' fees as well as such other relief which as to this Court may deem proper.

**COUNT V – NEGLIGENCE**
**Plaintiff v. Dennis Stubbs Plumbing, Inc.**

48. Plaintiff incorporates by reference the averments contained in the preceding paragraphs, as if fully set forth at length herein.

49. Stubbs owed a duty of care to the Insured to provide plumbing design and/or installation services at the Subject Property with reasonable care and in accordance with the standards recognized and ordinarily employed within the plumbing industry.

50. Stubbs, by and through its agents, employees, servants, representatives, contractors, subcontractors, subagents and/or workmen, acting in the course and scope of its

employment, breached its duty of care to the Insured through one or more of the following acts and/or omissions:

a) failing to perform the design and installation of the piping for the plumbing and drainage system in a safe and workmanlike manner at the Subject Property;

b) failing to provide adequate direction and supervision of its employees and/or subcontractors to ensure that the work was completed safely and did not subject the Subject Property to an unreasonable risk of damage;

c) failing to take the necessary and proper steps to ensure that plumbing work completed at the Subject Property was done without defects and met minimum local, state and building code requirements;

d) failing to properly advise and/or supervise its subcontractors, agents, employees, servants, representatives, subagents and/or workmen to ensure that the HVAC design and installation at the Subject Property was performed in a good, safe and workmanlike manner;

e) failing to select and/or retain competent and/or capable subcontractors, agents, employees, servants, representatives, subagents and/or workmen to perform HVAC services at the Subject Property;

f) failing to utilize the correct material piping for the installation of the piping for the HVAC system, which caused unnecessary strain on the connections;

g) failing to properly and adequately support the piping and run the piping for the HVAC system so that it did not cause undue stress and strain on the plumbing connections;

h) failing to ensure that other contractors or subcontractors work did not interfere or jeopardize the work installed by Seasonair and/or Comfort at the Subject Property; and

i) failing to otherwise use reasonable care while performing your work at the Subject Property.

51. As a direct and proximate result of Stubb's negligence, the water loss occurred, resulting in damages to the Subject Property.

52. Pursuant to the Policy, Plaintiff made indemnity payments totaling $227,833.26 to the Insured to compensate for the damages the Insured sustained as a result of the aforementioned incident.

**WHEREFORE,** Plaintiff Massachusetts Bay Insurance Company as subrogee of Embassy of Estonia hereby demands judgment against Defendant Dennis Stubbs Plumbing, Inc. the amount of $227,833.26, plus costs, disbursements, interest and attorneys' fees as well as such other relief which as to this Court may deem proper.

Dated: November 17, 2025

Respectfully submitted,

By: ______________________

Christopher Konzelmann
Unified Bar ID # 489558
White and Williams LLP
1650 Market Street
One Liberty Place, Suite 1800
Philadelphia, PA 19103
Phone: (215) 864-6334
konzelmannc@whiteandwilliams.com
Attorney for Plaintiff

Of Counsel:

J. Benjamin Staherski, Esquire
White and Williams LLP
1650 Market Street
One Liberty Place, Suite 1800
Philadelphia, PA 19103
(215) 864-7020

**JURY DEMAND**

Plaintiff demands a trial by jury on all issues so triable.

WHITE AND WILLIAMS LLP

By: ______________________________
Christopher Konzelmann
Unified Bar ID # 489558
White and Williams LLP
1650 Market Street
One Liberty Place, Suite 1800
Philadelphia, PA 19103
Phone: (215) 864-6334
konzelmannc@whiteandwilliams.com
Attorney for Plaintiff

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

MASSACHUSETTS BAY INSURANCE COMPANY
as subrogee of EMBASSY OF ESTONIA

Plaintiff

vs.

Case Number 2025-CAB-007623

FORRESTER CONSTRUCTION COMPANY

Defendant

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Christopher Konzelmann
Name of Plaintiff's Attorney

WHITE AND WILLIAMS LLP

Address
1650 Market Street, Suite 1800
Philadelphia, PA 19103
215-864-6334
Telephone

*Clerk of the Court*

By ______________________
Deputy Clerk

Date 11/19/2025

如需翻译,请打电话 (202) 879-4828　Veuillez appeler au (202) 879-4828 pour une traduction　Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828로 전화주십시요　የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

# TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA
## DIVISIÓN CIVIL
**Sección de Acciones Civiles**
**500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001**
**Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov**

MASSACHUSETTS BAY INSURANCE COMPANY
as subrogee of EMBASSY OF ESTONIA

Demandante

contra

Número de Caso: ______________________

FORRESTER CONSTRUCTION COMPANY

Demandado

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

Christopher Konzelmann
Nombre del abogado del Demandante

*SECRETARIO DEL TRIBUNAL*

WHITE AND WILLIAMS LLP
Dirección

Por: ______________________
Subsecretario

1650 Market Street, Suite 1800
Philadelphia, PA 19103
215-864-6334
Teléfono

Fecha ______________________

如需翻译,请打电话 (202) 879-4828 Veuillez appeler au (202) 879-4828 pour une traduction Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시오 የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO*.

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

DO NOT COMPLETE

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

MASSACHUSETTS BAY INSURANCE COMPANY
as subrogee of EMBASSY OF ESTONIA

Plaintiff

vs.

Case Number 2025-CAB-007623

COMFORT SYSTEMS USA, INC.

Defendant

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Christopher Konzelmann
Name of Plaintiff's Attorney

WHITE AND WILLIAMS LLP
Address
1650 Market Street, Suite 1800
Philadelphia, PA 19103
215-864-6334
Telephone

*Clerk of the Court*

By ____________________
Deputy Clerk

Date 11/19/2025

如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828로 전화주십시요    የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
**Sección de Acciones Civiles**
**500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001**
**Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov**

MASSACHUSETTS BAY INSURANCE COMPANY
as subrogee of EMBASSY OF ESTONIA

Demandante

contra

Número de Caso: ____________________

COMFORT SYSTEMS USA, INC.

Demandado

**CITATORIO**

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

Christopher Konzelmann
Nombre del abogado del Demandante

*SECRETARIO DEL TRIBUNAL*

WHITE AND WILLIAMS LLP
Dirección

Por: ____________________
Subsecretario

1650 Market Street, Suite 1800
Philadelphia, PA 19103
215-864-6334
Teléfono

Fecha ____________________

如需翻译,请打电话 (202) 879-4828 Veuillez appeler au (202) 879-4828 pour une traduction Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시오 የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO*.

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original



DO NOT COMPLETE

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

MASSACHUSETTS BAY INSURANCE COMPANY
as subrogee of EMBASSY OF ESTONIA

Plaintiff

vs.

Case Number 2025-CAB-007623

SEASONAIR, INC.

Defendant

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Christopher Konzelmann
Name of Plaintiff's Attorney

WHITE AND WILLIAMS LLP

Address
1650 Market Street, Suite 1800
Philadelphia, PA 19103
215-864-6334
Telephone

*Clerk of the Court*

By ______________________
Deputy Clerk

Date **11/19/2025**

如需翻译,请打电话 (202) 879-4828 Veuillez appeler au (202) 879-4828 pour une traduction Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828로 전화주십시요 የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

# TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA
## DIVISIÓN CIVIL
### Sección de Acciones Civiles

**500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001**
**Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov**

MASSACHUSETTS BAY INSURANCE COMPANY
as subrogee of EMBASSY OF ESTONIA

Demandante

contra

Número de Caso: ____________________

SEASONAIR, INC.

Demandado

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

Christopher Konzelmann
Nombre del abogado del Demandante

*SECRETARIO DEL TRIBUNAL*

WHITE AND WILLIAMS LLP
Dirección

Por: ____________________
Subsecretario

1650 Market Street, Suite 1800
Philadelphia, PA 19103
215-864-6334
Teléfono

Fecha ____________________

如需翻译,请打电话 (202) 879-4828 Veuillez appeler au (202) 879-4828 pour une traduction Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면,(202) 879-4828 로 전화주십시오 የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO*.

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original



DO NOT COMPLETE

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

MASSACHUSETTS BAY INSURANCE COMPANY
as subrogee of EMBASSY OF ESTONIA

Plaintiff

vs.

Case Number 2025-CAB-007623

DENNIS STUBBS PLUMBING, INC.

Defendant

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Christopher Konzelmann
Name of Plaintiff's Attorney

WHITE AND WILLIAMS LLP

Address
1650 Market Street, Suite 1800
Philadelphia, PA 19103
215-864-6334
Telephone

*Clerk of the Court*

By ______________________
Deputy Clerk

Date 11/19/2025

如需翻译,请打电话 (202) 879-4828 Veuillez appeler au (202) 879-4828 pour une traduction Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828로 전화주십시요 የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
**Sección de Acciones Civiles**
**500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001**
**Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov**

MASSACHUSETTS BAY INSURANCE COMPANY
as subrogee of EMBASSY OF ESTONIA

Demandante

contra

Número de Caso: ____________________

DENNIS STUBBS PLUMBING, INC.

Demandado

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

Christopher Konzelmann
Nombre del abogado del Demandante

WHITE AND WILLIAMS LLP

Dirección
1650 Market Street, Suite 1800
Philadelphia, PA 19103

215-864-6334
Teléfono

*SECRETARIO DEL TRIBUNAL*

Por: ____________________
Subsecretario

Fecha ____________________

如需翻译,请打电话 (202) 879-4828 Veuillez appeler au (202) 879-4828 pour une traduction Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시요 የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO*.

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

DO NOT COMPLETE

# Superior Court of the District of Columbia

CIVIL DIVISION - CIVIL ACTIONS BRANCH

INFORMATION SHEET

Massachusetts Bay Insurance Company as subrogee of Embassy of Estonia
Plaintiff(s)

vs

Forrester Construction Company, Seasonair, Inc., Comfort Systems USA, Inc., Dennis Stubbs Plumbing, Inc.
Defendant(s)

Case Number: 2025-CAB-007623

Date: November 17, 2025

☐ One of the defendants is being sued in their official capacity.

| Name: *(Please Print)* Christopher Konzelmann | Relationship to Lawsuit |
|---|---|
| Firm Name: White and Williams LLP | ☒ Attorney for Plaintiff<br>☐ Self (Pro Se)<br>☐ Other: ______ |
| Telephone No.: 215-864-6334 DC Bar No.: 489558 | |

TYPE OF CASE: ☐ Non-Jury ☐ 6 Person Jury ☑ 12 Person Jury

Demand: $ 227,833.26 Other: ______

PENDING CASE(S) RELATED TO THE ACTION BEING FILED

Case No.: ______ Judge: ______ Calendar #: ______

Case No.: ______ Judge: ______ Calendar #: ______

NATURE OF SUIT: *(Check One Box Only)*

**CONTRACT**
- ☐ Breach of Contract
- ☐ Breach of Warranty
- ☐ Condo/Homeowner Assn. Fees
- ☐ Contract Enforcement
- ☐ Negotiable Instrument

**COLLECTION/INS. SUB**
- ☐ Debt Collection
- ☐ Insurance Subrogation
- ☐ Motion/Application for Judgment by Confession
- ☐ Motion/Application Regarding Arbitration Award

**EMPLOYMENT DISPUTE**
- ☐ Breach of Contract
- ☐ Discrimination
- ☐ Wage Claim
- ☐ Whistle Blower
- ☐ Wrongful Termination

**REAL PROPERTY**
- ☐ Condo/Homeowner Assn. Foreclosure
- ☐ Declaratory Judgment
- ☐ Drug Related Nuisance Abatement
- ☐ Ejectment
- ☐ Eminent Domain
- ☐ Interpleader
- ☐ Other
- ☐ Quiet Title
- ☐ Specific Performance

- ☐ **FRIENDLY SUIT**
- ☐ **HOUSING CODE REGULATIONS**
- ☐ **QUI TAM**
- ☐ **STRUCTURED SETTLEMENTS**

**ADMINISTRATIVE PROCEEDINGS**
- ☐ Administrative Search Warrant
- ☐ App. for Entry of Jgt. Defaulted Compensation Benefits
- ☐ Enter Administrative Order as Judgment
- ☐ Libel of Information
- ☐ Master Meter
- ☐ Petition Other
- ☐ Release Mechanics Lien
- ☐ Request for Subpoena

**MALPRACTICE**
- ☐ Medical – Other
- ☐ Wrongful Death

**AGENCY APPEAL**
- ☐ Dangerous Animal Determination
- ☐ DCPS Residency Appeal
- ☐ Merit Personnel Act (OEA)
- ☐ Merit Personnel Act (OHR)
- ☐ Other Agency Appeal

☐ **APPLICATION FOR INTERNATIONAL FOREIGN JUDGMENT**

# Information Sheet, Continued

**CIVIL ASSET FORFEITURE**

- ☐ Currency
- ☐ Other
- ☐ Real Property
- ☐ Vehicle

**NAME CHANGE/VITAL RECORD AMENDMENT**

- ☐ Birth Certificate Amendment
- ☐ Death Certificate Amendment
- ☐ Gender Amendment
- ☐ Name Change

**TORT**

- ☐ Abuse of Process
- ☐ Assault/Battery
- ☐ Conversion
- ☐ False Arrest/Malicious Prosecution
- ☐ Libel/Slander/Defamation
- ☐ Personal Injury
- ☐ Toxic Mass
- ☐ Wrongful Death (Non-Medical Malpractice)

**GENERAL CIVIL**

- ☐ Accounting
- ☐ Deceit (Misrepresentation)
- ☐ Fraud
- ☐ Invasion of Privacy
- ☐ Lead Paint
- ☐ Legal Malpractice
- ☐ Motion/Application Regarding Arbitration Award
- ☑ Other - General Civil
- ☐ Product Liability
- ☐ Request for Liquidation
- ☐ Writ of Replevin
- ☐ Wrongful Eviction

**CIVIL I/COMPLEX CIVIL**

- ☐ Asbestos

**MORTGAGE FORECLOSURE**

- ☐ Non-Residential
- ☐ Residential

☐
☐
☐
☐
☐
☐
☐

**VEHICLE**

☐ ☐
☐ ☐

November 17, 2025

________________________ ________________________

Filer/Attorney's Signature Date